# EXHIBIT A

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| **STATE OF MICHIGAN**<br>56-B JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS AND COMPLAINT** | **CASE NO.**<br>13-1578GC |

**Court address**
206 West Court Street Suite 202 Hastings, MI 49058

**Court telephone no.**
(269) 945-1404

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Seth Miller<br>110 Florence St.<br>Woodland, MI 48897<br>616-773-8830 | v | NCO Financial Systems, Inc<br>Attn: John R. Schwab<br>507 Prudential Road<br>Horsham, Pennsylvania 19044 |
| Plaintiff's attorney, bar no., address, and telephone no.<br>Pro Se | | Sessions, Fishman, Nathan & Israel, L.L.C.<br>Lakeway Two Suite 200, 3850 North Causeway Boulevard,<br>Metairie, LA 70002-7227 |

*RECEIVED 56B DISTRICT COURT OCT 08 2013*

**SUMMONS** | **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>10-14-13 | This summons expires<br>01-13-14 | Court clerk<br>Cindy White<br>CINDY WHITE |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**COMPLAINT** | *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☑ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village)<br>110 Florence St. Woodland, MI 48897 | Defendant(s) residence (include city, township, or village)<br>507 Prudential Rd. Horsham, PA 19044 |
|---|---|

Place where action arose or business conducted
Barry County, MI

10/8/13
Date

Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

IN THE DISTRICT COURT 56-B<br>
JUDICIAL DISTRICT, IN AND FOR<br>
BARRY COUNTY, MICHIGAN

Seth Miller

    Plaintiff                         CASE#   13-1578GC

-v-

NCO FINANCIAL SYSTEMS, INC

    Defendant



## COMPLAINT

Plaintiff, Seth Miller, hereby sues Defendant, NCO FINANCIAL SYSTEMS, INC for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii). Fair Debt Consumer Practices Act (FDCPA) 15 U.S.C. § 1692d (5). Michigan Fair Debt Consumer Practices Act M.C.L. 339.915 (n).

## PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendant for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii). Fair Debt Consumer Practices Act (FDCPA) 15 U.S.C. § 1692d (5). Michigan Fair Debt Consumer Practices Act M.C.L. 339.915 (n).

2. Plaintiff contends that the Defendant, NCO FINANCIAL SYSTEMS, INC have violated such laws by repeatedly harassing Plaintiff in attempts to collect an alleged but nonexistent debt.

## JURISDICTION AND VENUE

3. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p, 15 U.S.C. §1692k and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. *§1367*.

4. Venue is proper pursuant to 28 U.S.C. *§1391b*. Venue in this District is proper in that the Plaintiff resides here, the Defendant transacts business here, and the conduct complained of occurred here.

## PARTIES

5. Plaintiff, Seth Miller, is a natural person and is a resident of the State of Michigan.

6. Upon information and belief Defendant, NCO FINANCIAL SYSTEMS, INC. "NCO" is a Foreign Corporation, authorized to do business in Michigan.

## *FACTUAL ALLEGATIONS*

7. Defendant placed constant and continuous calls to Plaintiff of an alleged debt for a Credit One credit card.

8. Defendant placed collection calls to Plaintiff's cell phone number 616-773-8830 from telephone numbers 313-444-2907, 410-881-5456, and 443-599-8975.

9. From December 22, 2012 thru January 2, 2013, NCO FINANCIAL SYSTEMS, INC violated the TCPA by calling Plaintiff's cell phone 10 times with no prior permission given by Plaintiff.

**COUNT I**
**VIOLATIONS OF THE TELEPHONE**
**COMMUNICATIONS ACT47 U.S.C. §227**
**BY DEFENDANT NCO FINANCIAL SYSTEMS, INC**

10. Plaintiff alleges and incorporates the information in paragraphs 1 through 9.

11. Defendant NCO FINANCIAL SYSTEMS, INC has committed 10 separate violations of 47 U.S.C. §227(b) (1) (A) and Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b) (3) (B).

12. Plaintiff and NCO FINANCIAL SYSTEMS, INC do not have an established business relationship within the meaning of 47 U.S.C. §227.

### COUNT II
### VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692
### BY DEFENDANT NCO FINANCIAL SYSTEMS, INC

13. Plaintiff alleges and incorporates the information in paragraphs 1 through 12.

14. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a (3)

15. Defendant NCO is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a (6).

16. Defendant violated the FDCPA. Defendant violated the following:

(a) Defendant violated 15 U.S.C. § 1692 d (5) Caused the phone to ring or engaged any person in telephone conversations repeatedly.

**WHEREFORE,** Plaintiff demands judgment for damages against NCO FINANCIAL SYSTEMS, INC for actual or statutory damages.

### COUNT III
### VIOLATIONS OF MICHIGAN FAIR DEBT COLLECTION PRACTICES ACT
### M.C.L. 339.901 et seq. BY DEFENDANT NCO FINANCIAL SYSTEMS, INC

17. Plaintiff alleges and incorporates the information in paragraphs 1 through 16.

18. Plaintiff is a consumer within the meaning of M.C.L. 339.901 (f)

19. NCO is a collection agency within the meaning of M.C.L. 339.901 (b)

20. Defendant violated M.C.L. 339.915 (n) by causing a telephone to ring or engaged any person in telephone conversations repeatedly.

**WHEREFORE,** Plaintiff demands judgment for damages against NCO FINANCIAL SYSTEMS, INC for actual or statutory damages of $15,500, any attorney's fees, and costs.

Respectfully submitted this 5th of October, 2013.

Seth Miller
110 Florence St.
Woodland, MI 48897
616-773-8830
millersg@outlook.com