UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SETH MILLER,

      Plaintiff,                             Case No. 1:13cv1232

-vs-                                         HON. ROBERT J. JONKER

NCO FINANCIAL SYSTEMS, INC.,

      Defendant.
_____/

## ORDER OF REFERENCE

**IT IS ORDERED** that under 28 U.S.C. § 636 and W.D. Mich. LCivR72, this case is referred to Magistrate Judge Hugh W. Brenneman, U.S. District Court, 582 Ford Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan, for handling of all matters under § 636(a) and § 636(b)(1)(A); and for submission of recommendations on dispositive motions under § 636(b)(1)(B).

Dated: November 20, 2013         /s/Robert J. Jonker
                                          Hon. Robert J. Jonker
                                          United States District Judge