UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

| | |
|---|---|
| SETH MILLER, | ) |
| Plaintiff, | ) CASE NO. 1:13-cv-01232-RJJ-HWB |
| | ) |
| vs. | ) JUDGE: Robert J. Jonker |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) MAG. JUDGE: Hugh W. Brenneman |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), plaintiff, Seth Miller, pro se, and defendant, NCO Financial Systems, Inc. (NCO), by and through its undersigned counsel, in the above-titled action hereby stipulate to the dismissal of all Plaintiff's claims against NCO with prejudice. Plaintiff and NCO hereby request entry of a Final Order of Dismissal with Prejudice, with each party to bear its own costs and attorneys' fees.

So Stipulated and respectfully submitted by:

Dated: 1-17-14

*[signature]*

Seth Miller, *Pro Se*
110 Florence Street
Woodland, Michigan, 48897
616-773-8830
millersg@outlook.com

Dated: January 16, 2014

/s/ Michael D. Slodov
Michael D. Slodov (Ohio SCR #0051678)
Sessions, Fishman, Nathan & Israel, LLC
15 E. Summit Street
Chagrin Falls, OH 44022-2709
(440) 318-1073
(fax) (216) 359-0049
(email) mslodov@sessions-law.biz

Deborah A. Lujan, Esq.
Collins, Einhorn, Farrell & Ulanoff, P.C.
P.O. Box 3029

        4000 Town Center, Suite 909
        Southfield, MI 48075-1473
        Telephone: (248) 355-4141
        Facsimile: (248) 355-2277
        deborah.lujan@ceflawyers.com

        Counsel for Defendant,
        NCO Financial Systems, Inc.

## PROOF OF SERVICE

I hereby certify that on January 17, 2014, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, I certify that a true and correct copy of the foregoing was sent via U.S. Mail, postage prepaid, and via email, to plaintiff as described below.

        Seth Miller
        110 Florence Street
        Woodland, MI 48897

millersg@outlook.com

        /s/ Michael D. Slodov
        Michael D. Slodov