UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SETH MILLER,

    Plaintiff,

Case No.  1:13cv1232

v.

Hon. Robert J. Jonker

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

**ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS**

The Court having been advised by telephone with the office of counsel for defendant on January 16, 2014, of a settlement to this matter,

**IT IS ORDERED** that closing documents shall be filed with the Court on or before **February 16, 2014**.  If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the court's docket, this case will be dismissed without prejudice and without costs.

/s/ Robert J. Jonker
Robert J. Jonker
United States District Judge

Date:  January 21, 2014