# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

| | |
|---|---|
| SETH MILLER, | ) |
|           Plaintiff, | ) CASE NO. 1:13-cv-01232-RJJ-HWB |
| | ) JUDGE: Robert J. Jonker |
| vs. | ) |
| | ) MAG. JUDGE: Hugh W. Brenneman |
| NCO FINANCIAL SYSTEMS, INC., | ) |
|           Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has before it the Stipulation of Dismissal of Plaintiff Seth Miller and Defendant NCO Financial Systems, Inc..  Good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that said Stipulation of Dismissal is GRANTED, and all claims against defendant NCO Financial Systems, Inc. are hereby dismissed, with prejudice, with each party bearing its own costs and attorney fees.

DONE AND ORDERED this  22nd  day of      January      , 2014.

                                                           /s/ Robert J. Jonker
                                                           UNITED STATES DISTRICT JUDGE